IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NEIL GILMOUR, III, SOLELY IN HIS CAPACITY AS TRUSTEE OF THE VICTORY MEDICAL CENTER LANDMARK UNSECURED CREDITORS' GRANTOR TRUST AND THE VICTORY PARENT COMPANY UNSECURED CREDITORS' GRANTOR TRUST,<br>PLAINTIFF<br><br>V.<br><br>KICKAPOO TRADITIONAL TRIBE OF TEXAS, KICKAPOO TRADITIONAL TRIBE OF TEXAS GROUP HEALTH PLAN, LUCIO GARCIA-ZUAZUA, AND ROBERTO L. RODRIGUEZ,<br>DEFENDANTS | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:16-CV-02029 |

### JOINT STIPULATION OF DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANTS LUCIO GARCIA-ZUAZUA, AND ROBERTO L. RODRIGUEZ

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE GRAY H. MILLER:

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff and all Defendants jointly file this Stipulation of Dismissal of all claims and causes of action against individual Defendants, Lucio Garcia-Zuazua and Roberto L. Rodriquez, without prejudice. Likewise, Plaintiff and all Defendants jointly stipulate to the dismissal of all counterclaims brought by Lucio Garcia-Zuazua and Roberto L. Rodriquez against Plaintiff, without prejudice.

Respectfully submitted on this __18__ day of ~~August~~ *October*, 2016.

| **BROEMER & ASSOCIATES, PLLC** | **LAW OFFICE OF JORDIN NOLAN KRUSE** |
|---|---|
| By: /S/ W Fulton Broemer<br>W. Fulton Broemer<br>S. Dist. Admin. No. 13779<br>SBN: 03053700<br>3201 White Oak<br>Houston, Texas 77007<br>Direct Telephone: 713-328-1101<br>Direct Facsimile: 713-328-1130<br>E-Mail: WFB@Broemerlaw.com<br>**ATTORNEYS FOR DEFENDANTS KICKAPOO TRADITIONAL TRIBE OF TEXAS, KICKAPOO TRADITIONAL TRIBE OF TEXAS GROUP HEALTH PLAN, LUCIO GARCIA-ZUAZUA, AND ROBERTO L. RODRIGUEZ** | By: /S/ Jordin Nolan Kruse<br>Jordin Nolan Kruse<br>State Bar No. 24003 819<br>Federal Bar No. 370457<br>16826 Titan Drive<br>Houston, TX 77058<br>Telephone: (281) 480-4950<br>Facsimile: (281) 480-1190<br>E-Mail: jordinnkruse@gmail.com<br>**ATTORNEYS FOR PLAINTIFF NEIL GILMOUR, III, SOLELY IN HIS CAPACITY AS TRUSTEE OF THE VICTORY MEDICAL CENTER LANDMARK UNSECURED CREDITORS' GRANTOR TRUST, AND THE VICTORY PARENT COMPANY UNSECURED CREDITORS' GRANTOR TRUST** |