United States District Court
Southern District of Texas
**ENTERED**
November 18, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Victory Parent Company, LLC,, et al. | § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION 4:16–cv–02029 |
| Kickapoo Traditional Tribe of Texas,, et al. | § § | |
| *Defendant.* | § § | |

## CONDITIONAL ORDER OF DISMISSAL

Having been advised that a settlement has been reached between plaintiff and defendant, the Court dismisses this case without prejudice to reinstatement of plaintiff's claims if any party represents to the Court within 30 days from the date of this order that the settlement could not be completely documented. The court retains jurisdiction over any settlement agreements.

Signed at Houston, Texas on November 18, 2016.

_____
Gray H. Miller
United States District Judge